# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MCCOY,<br><br>                    Plaintiff,<br><br>v.<br><br>DEPUY ORTHOPAEDICS, INC.;<br>DEPUY PRODUCTS, INC.;<br>DEPUY SYNTHES, INC.;<br>JOHNSON & JOHNSON; JOHNSON<br>& JOHNSON SERVICES, INC.; and<br>JOHNSON & JOHNSON<br>INTERNATIONAL,<br><br>                    Defendants. | Case No.: 22-CV-2075 JLS (SBC)<br><br>**ORDER *SUA SPONTE* STRIKING THE PARTIES' PROPOSED JURY INSTRUCTIONS AND DIRECTING PARTIES TO RE-FILE**<br><br>(ECF No. 197) |

Presently before the Court are the Parties' Jointly Proposed Jury Instructions with Objections. *See* ECF No. 197. However, the Parties failed to provide and/or cite to the most recent version of both the Ninth Circuit Model Civil Jury Instructions and the Judicial Council of California Civil Jury Instructions in their proposed instructions, as required by Local Rule 51.1(d). The Court also has not received an e-mailed Word copy of the proposed instructions as required by Local Rule 16.1(f)(6)(c)(7).

A district court "has discretion and the inherent power to strike a filing." *United States v. Alvarez*, No. 18CR1653-GPC, 2021 WL 2290787, at *1 n.1 (S.D. Cal. June 4,

2021), *aff'd*, No. 21-55826, 2024 WL 1693360 (9th Cir. Apr. 19, 2024); *see also Atchison, Topeka & Santa Fe Ry. Co. v. Hercules Inc.*, 146 F.3d 1071, 1074 (9th Cir. 1998) ("It is well established that '[d]istrict courts have inherent power to control their dockets . . . .'" (first alteration in original) (quoting *Hernandez v. City of El Monte*, 138 F.3d 393, 398 (9th Cir. 1998))). In the interest of judicial economy, and because the Parties have not followed the Local Rules, the Court will so exercise its discretion here.

Accordingly, the Court *sua sponte* **STRIKES** the Jointly Proposed Jury Instructions with Objections (ECF No. 197). The Parties **SHALL FILE** amended joint proposed jury instructions and objections in accordance with the above requirements <u>on or before August 1, 2025</u>.

**IT IS SO ORDERED.**

Dated: July 28, 2025

Hon. Janis L. Sammartino
United States District Judge